UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  Charmon K Reed

Debtor(s)

Case No. 15-30996

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/11/2015.

2) The plan was confirmed on 11/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/11/2016.

5) The case was dismissed on 02/26/2016.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,464.05.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $150.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $150.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7.50

Attorney fees paid and disclosed by debtor:   $120.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMED LEGAL REVENUE RECOVER | Unsecured | 0.00 | 399.22 | 399.22 | 0.00 | 0.00 |
| F MARIE COLE LAW OFFICE | Priority | NA | 10,700.75 | 10,700.75 | 0.00 | 0.00 |
| F MARIE COLE LAW OFFICE | Priority | NA | 1,097.50 | 1,097.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 423.00 | 423.71 | 423.71 | 0.00 | 0.00 |
| FOX VALLEY LABORATORY PHYSIC | Unsecured | 157.80 | NA | NA | 0.00 | 0.00 |
| FRAUD DIVISION CHECK AND MERC | Unsecured | 301.11 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY SPEC | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| GREENTREE | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| HOFFMAN ESTATES | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS EYE INSTITUTE | Unsecured | 3.65 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF TALAN AND KTSAI | Unsecured | 1,987.57 | NA | NA | 0.00 | 0.00 |
| MUNICOLLOFAM | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS/EAST DU | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS OF V | Unsecured | 808.00 | NA | NA | 0.00 | 0.00 |
| RETAILERS NATIONAL | Unsecured | 840.01 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY | Unsecured | 337.94 | NA | NA | 0.00 | 0.00 |
| SONNENSCHEIN FNL SVCS/VILLAGE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SHERMAN HOSPITAL | Unsecured | 575.40 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 1,448.73 | NA | NA | 0.00 | 0.00 |
| ALCOA BILLING CENTER | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL GRO | Unsecured | 19.50 | NA | NA | 0.00 | 0.00 |
| ALLIANCE LABORATORY PHYSICIAN | Unsecured | 129.60 | NA | NA | 0.00 | 0.00 |
| CARPENTERSVILLE FIRE DEPARTME | Unsecured | 310.13 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CBCS | Unsecured | 71.29 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CHA | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 3,900.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER BILL | Unsecured | 1,447.75 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 1,242.14 | NA | NA | 0.00 | 0.00 |
| CITY OF ELGIN | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Unsecured | 284.20 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| DISCOVERY HEALTH RECORD SOLU | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP/SPRIN | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF CHICAGO | Unsecured | 955.34 | NA | NA | 0.00 | 0.00 |
| THE UNIVERSITY OF CHICAGO MED | Unsecured | 749.24 | NA | NA | 0.00 | 0.00 |
| USCB | Unsecured | 1,126.82 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CARPENTERSVILLE | Unsecured | 203.80 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MELROSE PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VIOLATION PROCESSING DEPARTMI | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 0.00 | 247.68 | 247.68 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 2,000.00 | 2,000.00 | 2,000.00 | 126.29 | 16.21 |
| TITLE MAX OF ILLINOIS | Unsecured | NA | 319.40 | 319.40 | 0.00 | 0.00 |
| TOTAL FINANCE LLC | Unsecured | 8,246.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,000.00 | $126.29 | $16.21 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,000.00** | **$126.29** | **$16.21** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $11,798.25 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$11,798.25** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$1,390.01** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $7.50 |
| Disbursements to Creditors | $142.50 |
| **TOTAL DISBURSEMENTS** : | **$150.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/02/2016      By: /s/ Glenn Stearns
                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**